JUDY MILLS, Respondent, v RICHARD MILLS, Appellant.

Submitted January 21, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN ROBERTS, Appellant.

Decided April 1, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

HEITOR PORTES, Respondent, v NEW YORK STATE THRUWAY AUTHORITY, Appellant. (And Another Related Claim.)

Submitted January 27, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.